**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STEVEN LEE SMITH, JR., | No. 5:20-cv-02217-VBF (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: August 24, 2022

/s/ Valerie Baker Fairbank
_____
VALERIE BAKER FAIRBANK
United States District Judge